UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14141-ROSENBERG/LYNCH

DEQUANDRA RHAMES,

    Plaintiff,

v.

G4S YOUTH SERVICES, LLC,

    Defendant.
_____/

**ORDER GRANTING AMENDED JOINT MOTION
FOR APPROVAL OF SETTLEMENT**

**THIS CAUSE** comes before the Court pursuant to the Amended Joint Motion for Approval of Settlement [DE 23] filed by the Plaintiff, DEQUANDRA RHAMES, and the Defendant, G4S YOUTH SERVICES, LLC. Having reviewed the Motion, along with the parties' Settlement Agreement, which is attached to the Motion, it is hereby

**ORDERED AND ADJUDGED** that the Motion [DE 23] is **GRANTED.** The Settlement Agreement is **APPROVED**, and the case is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 19th day of August, 2016.

                                                    _____

Copies furnished to:                        ROBIN L. ROSENBERG
Counsel of Record                          UNITED STATES DISTRICT JUDGE